**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK**

---

JOHN DELAHANTY,

                Plaintiff,

v.

HOME DEPOT U.S.A., INC.

                Defendant.

---

Civil Action No.: 22-cv-10407

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties herein that Defendant Home Depot U.S.A., Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint be extended for two weeks, from March 14, 2023 to, and including, March 28, 2023.

Dated: March 10, 2023

PHILLIPS & ASSOCIATES

By: _s/Jitesh Dudani_
    Jitesh Dudani, Esq.
    585 Stewart Avenue, Suite 410
    Garden City, New York 11530
    JDudani@tpglaws.com
    (510) 701-7866
    Attorneys for Plaintiff

EPSTEIN BECKER & GREEN P.C.

By: _s/Patrick G. Brady_
    Patrick G. Brady
    One Gateway Center, 13th Floor
    Newark, NJ 07102
    pbrady@ebglaw.com
    (973) 642-1900
    Attorneys for Defendant
    Home Depot U.S.A., Inc.

FIRM:58349476v1

## ORDER

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED** that the time within which Defendant Home Depot U.S.A., Inc. may answer, move, or otherwise respond to Plaintiff's Complaint has been extended to, and including, March 28, 2023.

BY THE COURT:

Dated: 3/10/2023

Honorable Vincent L. Briccetti
United States District Judge

FIRM:58349476v1