UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DELAHANTY, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC. <br><br> Defendant. | Civil Action No.: 22-cv-10407 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Delahanty and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff John Delahanty are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| PHILLIPS & ASSOCIATES | EPSTEIN BECKER & GREEN P.C. |
|---|---|
| By: *s/Jitesh Dudani* <br> Jitesh Dudani, Esq. <br> 585 Stewart Avenue, Suite 410 <br> Garden City, New York 11530 <br> JDudani@tpglaws.com <br> (510) 701-7866 <br> Attorneys for Plaintiff | By: *s/Patrick G. Brady* <br> Patrick G. Brady <br> One Gateway Center, 13th Floor <br> Newark, NJ 07102 <br> pbrady@ebglaw.com <br> (973) 642-1900 <br> Attorneys for Defendant <br> Home Depot U.S.A., Inc. |
| Dated: April 7, 2023 | Dated: April 7, 2023 |

FIRM:58160482v1

## ORDER

The foregoing Stipulation is approved, and **IT IS SO ORDERED** this ____ day of April, 2023.

White Plains, New York

_____
Honorable Vincent L. Briccetti
United States District Judge

FIRM:58160482v1