UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN DELAHANTY,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>Defendant. | Civil Action No.: 22-cv-10407<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Delahanty and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff John Delahanty are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

PHILLIPS & ASSOCIATES                                    EPSTEIN BECKER & GREEN P.C.

By: _s/Jitesh Dudani_                                          By: _s/Patrick G. Brady_
     Jitesh Dudani, Esq.                                              Patrick G. Brady
     585 Stewart Avenue, Suite 410                            One Gateway Center, 13th Floor
     Garden City, New York 11530                              Newark, NJ  07102
     JDudani@tpglaws.com                                         pbrady@ebglaw.com
     (510) 701-7866                                                       (973) 642-1900
     Attorneys for Plaintiff                                             Attorneys for Defendant
                                                                                     Home Depot U.S.A., Inc.

Dated:  April 7, 2023                                               Dated:  April 7, 2023

## ORDER

The foregoing Stipulation is approved, and **IT IS SO ORDERED** this  7th  day of April, 2023.

White Plains, New York

_____
Honorable Vincent L. Briccetti
United States District Judge

FIRM:58160482v1